COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: | | No. 08-19-00117-CV |
| | § | |
| ABRAMS-KIEWIT JOINT VENTURE, | | AN ORIGINAL PROCEEDING |
| | § | |
| | | IN MANDAMUS |
| RELATOR. | § | |
| | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable M. Sue Kurita, Judge of the County Court at Law No. 6 of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF MAY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.